**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000467
26-SEP-2016
08:05 AM**

NO. CAAP-16-0000467

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

Esther Eui Hyun Kim, Plaintiff-Appellee, v.
Marshall Taibok Kim, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 14-1-1537)

ORDER APPROVING THE AUGUST 24, 2016
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Docketed Appeal, filed August 24, 2016, by Defendant-Appellant Marshall Taibok Kim, the papers in support, and the record, it appears that (1) the appeal was docketed on June 21, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawaiʻi, September 26, 2016.

Chief Judge

Associate Judge

Associate Judge